## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Noor Bashir Abdi,                      Court File No.: 15-cv-4322 (PAM/SER)

        Petitioner,

v.                                           **ORDER**

Loretta E. Lynch, Jeh Johnson,
Scott Baniecke, Warden of
Immigration Detention Facility,
and Jim Olson,

        Respondents.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated July 6, 2016 (Docket No. 20). No objections have been filed to the R&R in the time period permitted. Accordingly, based on the R&R and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 20) is **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED as moot**;

3. Abdi's request for attorney's fees is **DENIED**; and

4. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 20, 2016

                                                        *s/Paul A. Magnuson*
                                                        Paul A. Magnuson
                                                        United States District Court Judge